UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOEIN BOZORGPASAND,<br><br>  Petitioner,<br><br>  v.<br><br>FACILITY ADMINISTRATOR, NORTHWEST IMMIGRATION AND CUSTOMS ENFORCEMENT PROCESSING CENTER,<br><br>  Respondent. | CASE NO. 25-cv-1177-JHC<br><br>ORDER |

   This matter comes before the Court on Petitioner's "Motion to Expedite Consideration and Terminate Referral to Magistrate Judge." Dkt. # 16.

   Parties must consent to the jurisdiction of a magistrate judge. *See* 28 U.S.C. § 636. The Court construes Petitioner's motion to mean that he no longer wishes to proceed before a magistrate judge. Dkt. # 16 at 2. Accordingly, the Court GRANTS in part Petitioner's motion and ORDERS that the referral to the Honorable S. Kate Vaughan is terminated. Dkt. # 7.

   But the Federal Rules of Civil Procedure and the Western District of Washington Local Civil Rules do not recognize a "Motion to Expedite." Thus, the Court DENIES the portion of Petitioner's motion that seeks expedited consideration of the pending petition for writ of habeas corpus. *See* Dkt. # 16 at 1–2.

ORDER - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 17th day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2